DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EFRAIN PEREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4243

[July 20, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case Nos. 12-9314CF10A; 13-8629CF10A; 13-17114CF10A.

Efrain Perez, Mayo, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KUNTZ, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***